WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR10-0400-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Janice Sue Taylor, also known as Sue J. Taylor, | |
| Defendant. | |

Defendant Janice Sue Taylor has filed a motion to continue her sentencing for 60 days. Doc. 291. Defendant indicates that she did not receive the presentence report until September 29, 2011, and states that she needs additional time to prepare for the sentencing.

Defendant's sentencing currently is set for November 4, 2011. The Court will move Defendant's sentencing to December 1, 2011 at 2:00 p.m. This date will be more than 60 days after Defendant received the presentence report. The Court concludes that this is sufficient time for Defendant to prepare for sentencing, and will not be of a mind to grant additional extensions.

**IT IS ORDERED**:

1. Defendant's Request for Continuance (Doc. 291) is **granted in part and denied in part.**

2. Defendant's sentencing is reset to **December 1, 2011 at 2:00 p.m.**

Dated this 25th day of October, 2011.

_____
David G. Campbell
United States District Judge